IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| SCOTT MCCARTY, | |
| Plaintiff, | CIVIL ACTION NO.: 5:25-cv-3 |
| v. | |
| CSX TRANSPORTATION, INC., | |
| Defendant. | |

**O R D E R**

Plaintiff filed a Motion to Compel. Doc. 37. The Court's Rule 26(f) Order in this case requires the parties to "schedule a telephonic conference with the Magistrate Judge in an effort to try to resolve the discovery dispute **prior to** the filing of any motions." Doc. 3 at 6. It does not appear that the parties have completed this step. The Court will not hear any motions raising discovery disputes without strict compliance with the Rule 26(f) Order. Therefore, the Court **DENIES** Plaintiff's Motion.

**SO ORDERED**, this 30th day of October, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA