UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| SCOTT MCCARTY,<br><br>     Plaintiff,<br><br>vs.<br><br>CSX TRANSPORTATION, INC.,<br><br>     Defendant. | CASE NO.: 5:25-CV-003<br><br>District Judge: Lisa G. Wood |

## NOTICE OF SETTLEMENT

Plaintiff Scott McCarty ("McCarty" or "Plaintiff") and Defendant CSX Transportation, Inc. ("CSX" or "Defendant") (collectively, the "Parties"), by and through their undersigned counsel, respectfully notify the Court that they have participated in private mediation and have reached a settlement in this action subject to their preparation and signing of a long-form settlement agreement. This settlement, once finalized, will fully resolve the above-captioned action.

The Parties are in the process of preparing the settlement documents and anticipate that Plaintiff will file a request for dismissal of the case with prejudice within 45 days. Accordingly, the Parties stipulate and jointly request that the Court vacate all currently scheduled dates in this action.

**RESPECTFULLY SUBMITTED.**

1

Dated: February 24, 2026

<div style="display: flex;">

<div>

*/s/ Joseph C. Devine*
Joseph C. Devine (OH 0065428) (admitted pro hac vice)
Ryan A. Cates (OH 0085496) (admitted pro hac vice)
BAKER & HOSTETLER, LLP
200 Civic Center Drive, Suite 1200
Columbus, OH 43215
jdevine@bakerlaw.com
rcates@bakerlaw.com
(614) 228-1541

John A. Wilkerson (GA 639382)
Mark E. Toth (GA 714727)
Hall, Bloch, Garland & Meyer, LLP
577 Mulberry Street, Suite 1500
P.O. Box 5088
Macon, GA 31208
(478)745-1625
johnwilkerson@hbgm.com
marktoth@hbgm.com

*Attorneys for Defendant*

</div>

<div>

*/s/ Chester H. Lauck, III (signed with permission)*
Chester H. Lauck, III (admitted pro hac vice)
Lauck Law Firm, P.A.
210 Thayer Street
Little Rock, AR 72205
(501)375-2825
chet@laucklawfirm.com

Alisa D. Wilkes
Wilkes & Mee, PLLC
13400 Sutton Park Drive S.
Suite 1204
Jacksonville, FL 32224
alisa@wilkesmee.com

*Attorneys for Plaintiff*

</div>

</div>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 24, 2026, the foregoing Notice of Settlement was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notifications of such filing to the following:

Alisa D. Wilkes
Wilkes & Mee, PLLC
13400 Sutton Park Drive S.
Suite 1204
Jacksonville, FL 32224
alisa@wilkesmee.com

Chester H. Lauck, III (admitted pro hac vice)
Lauck Law Firm, P.A.
210 Thayer St.
Little Rock, AR 72205
(501)375-2825
chet@laucklawfirm.com

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joseph C. Devine*
　　　　　　　　　　　　　　　　　　　　　　　Joseph C. Devine

　　　　　　　　　　　　　　　　　　　　　　　*An Attorney for Defendant*